UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIANE THAYSE, et al.,

    Plaintiffs,

  v.                                      Case No. 08-C-948

GREEN BAY POLICE DEPARTMENT, et al.,

    Defendants.

**ORDER**

Plaintiffs have filed a civil suit against the Green Bay Police Department and other unnamed defendants. Plaintiff has requested leave to proceed *in forma pauperis*. Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could not pay the $350 filing fee.

Section 1915 also requires courts to "screen" complaints to ensure that indigent plaintiffs do not abuse the ability to bring cases without paying a filing fee. Plaintiff Thayse (and her dog) allege several violations on the part of unnamed Green Bay Police officers. These include violations of the Americans With Disabilities Act and various hate crime laws. None of these claims allege a cause of action, however, and accordingly they will be dismissed.

Although the complaint is not a model of pleading, it does allege that police officers beat, battered and harassed the Plaintiff on at least one occasion. This could state a claim under § 1983. Accordingly, the complaint will be allowed to proceed on that limited basis. All other claims (including those brought on behalf of Plaintiff's dog) are **DISMISSED,** and the motion to proceed *in forma pauperis* is **GRANTED**.

**SO ORDERED** this   3rd   day of December, 2008.

> s/ William C. Griesbach
> William C. Griesbach
> United States District Judge